Gaetano D'Amato and Others, Respondents, v. Annie V. Elkema and Albert Harrsch, etc., Appellants, Impleaded with Others. Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

In the Matter of the Application of Samuel B. Cochran for Admission to the Bar.— Application granted and order signed. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of Francis H. J. Maxwell for Admission to the Bar.—Application granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Application of Frank J. McEwen for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

In the Matter of the Judicial Settlement of the Account of Frederick A. Southworth and Silas Snow, as Executors, etc.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Clement S. Jacobus, Respondent, v. William H. Colegate, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and questions certified. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Michael J. Kennedy, as Executor, etc., Plaintiff, v. Patrick H. Flynn and Others, Defendants. Charles E. Teale and Joseph F. Coffey, as Administrators, etc., Appellants.— Motion denied, with ten dollars costs. Present — Thomas, Stapleton, Rich and Putnam, JJ.; Jenks, P. J., taking no part.

Timothy McAuliffe, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Mamie Mills, Respondent, v. Maurice Beck, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Lewis H. Nash, as Sole Surviving Trustee, etc., Appellant, v. Kate Moore, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ. Order of reversal to be resettled on notice before Mr. Justice Putnam.

Lewis H. Nash, as Sole Surviving Trustee, etc., Appellant, v. John Zimmer, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ. Order of reversal to be resettled on notice before Mr. Justice Putnam.

Gladys Oussani, Respondent, v. Joseph Oussani, Appellant.— Motion for stay granted on consent. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

Frederick H. Stilwell, Respondent, v. Alma B. Stilwell, Appellant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.